MICHAEL ARDIS AND DANIEL EILE, PLAINTIFFS-APPEL-
LANTS, v. CARLTON THOMAS REED, A/K/A CARLTON
REED, DEFENDANT-RESPONDENT.

Argued October 26, 1965—Decided November 8, 1965.

*Mr. Howard A. Goldberger* argued the cause for the appel-
lants (*Messrs. Goldberger, Ostrow, Siegel & Finn,* attorneys).

*Mr. George P. Moser, Jr.* argued the cause for the respon-
dent (*Messrs. Moser, Roveto & McGough,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons
expressed in the majority opinion of Judge Collester in the
Appellate Division.

*For affirmance* — Chief Justice WEINTRAUB and Justices
JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-
MAN—7.

*For reversal*—None.